**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION**

**WIDLER DUROSEAU,**

**Petitioner,**

**v.**

**WARDEN,** *et al.*,

**Respondents.**

**Cause No. 1:26-cv-00169-HAB-ALT**

## ORDER

Widler Duroseau, a civil detainee at the Miami Correctional Facility, filed this case by counsel in the Fort Wayne Division. Because the Miami Correctional Facility is in the South Bend Division, the case may not be litigated in the Fort Wayne Division. *See* N.D. Ind. L.R. 3-1(a). When "the court determines a case is filed in a division without proper venue, the court may, pursuant to 29 U.S.C. § 1406: (1) dismiss the case; or (2) in the interests of justice, transfer the case by issuing an order directing the clerk to reopen the case in a proper division." L.R. 3-1(b).

For these reasons, the clerk is DIRECTED to close this case, open a new case with these filings in the South Bend Division, and to randomly assign judges under General Order 2025-15.

SO ORDERED.

Entered this 9th day of April 2026.

/s/ Andrew L. Teel
Andrew L. Teel
United States Magistrate Judge